| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>D'Agostino, Mae A. | 2. Court or Organization<br><br>U.S. District Court for the Northern District of New York | 3. Date of Report<br><br>07/25/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Albany Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 06/10/2008 | American International Life Assurance Co., structured settlement for future payments of legal fees earned |
| 2. | 09/04/2002 | American General Life Ins. Co., structured settlement for previously earned legal fees (final payment received August 2015) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Albany Law School | $3,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | 4/10/15 - 4/12/15 | Cornell University - Ithaca, NY | Moot Court Judge | Hotel 2 nights, 2 dinners |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 07/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | College of St. Rose | Tuition | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 07/25/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Account | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Trustco Bank Accounts | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. Fidelity Brokerage Account (H) | | | | | | | | | |
| 6. - Cash | A | Interest | J | T | | | | | |
| 7. - Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 8. - American Beacon Large Cap Investor | A | Dividend | | | Sold (part) | 04/24/15 | J | A | |
| 9. | A | Dividend | | | Sold | 12/11/15 | J | | |
| 10. - Artisan Mid Cap Value | A | Dividend | J | T | Sold (part) | 02/13/15 | J | A | |
| 11. - Artisan Intl Value Fund Inv Cl | A | Dividend | J | T | | | | | |
| 12. - Spartan 500 Index Fd Adv Cl | A | Dividend | K | T | | | | | |
| 13. - Spartan Extended Mkt Index Fid Adv Cl | A | Dividend | J | T | | | | | |
| 14. - Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 15. - Fidelity Strategic Dividend & Income | A | Dividend | J | T | Sold (part) | 04/24/15 | J | A | |
| 16. | A | Dividend | J | T | Sold (part) | 06/23/15 | J | A | |
| 17. - Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 07/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Select Medical Equip & System | A | Dividend | J | T | | | | | |
| 19. - Oakmark International Small Cap I | A | Dividend | J | T | | | | | |
| 20. - Fidelity Floating Rate High Income | A | Dividend | J | T | | | | | |
| 21. - Fidelity High Income | A | Dividend | | | Sold | 12/11/15 | J | | |
| 22. - Fidelity Strategic Income | A | Dividend | J | T | | | | | |
| 23. - Matthews Asia Dividend Fund | A | Dividend | | | Buy | 04/24/15 | J | | |
| 24. | | | | | Sold | 08/25/15 | J | | |
| 25. - Matthews Asian Growth & Income | A | Dividend | | | Sold | 04/24/15 | J | A | |
| 26. - Metropolitan West Low Duration M | A | Dividend | | | Sold | 02/13/15 | J | A | |
| 27. - PIMCO Foreign Bond CL D | A | Dividend | J | T | | | | | |
| 28. - Fidelity Real Estate Income | A | Dividend | J | T | | | | | |
| 29. - Fidelity GNMA | A | Dividend | J | T | Buy (add'l) | 02/13/15 | J | | |
| 30. - Fidelity Focused High Income | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 31. - Fidelity Select Helath Care | A | Dividend | J | T | Buy | 04/24/15 | J | | |
| 32. - Fidelity Select Technology | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 33. - Fidelity Spartan Mid Cap | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 34. | A | Dividend | J | T | Buy (add'l) | 06/23/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 07/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - FMI International | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 36. - Matthews India | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 37. - MFS Value A | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 38. | | | | | | | | | |
| 39. Fidelity IRA (H) | F | Dividend | P1 | T | | | | | |
| 40. - American Beacon Large Cap Investor | | | | | Sold (part) | 02/13/15 | J | | |
| 41. | | | | | Sold (part) | 04/24/15 | J | | |
| 42. | | | | | Sold (part) | 08/25/15 | J | | |
| 43. | | | | | Sold | 12/17/15 | L | | |
| 44. - Artisan Mid Cap Value | | | | | Sold | 02/13/15 | K | | |
| 45. - Artisan Intl Value Fund Inv Cl | | | | | Sold (part) | 04/24/15 | J | | |
| 46. - Fidelity Contrafund | | | | | Sold (part) | 02/13/15 | J | | |
| 47. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 48. - Fidelity Low Priced Stock | | | | | | | | | |
| 49. - Oakmark International Small Cap I | | | | | Sold (part) | 02/13/15 | J | | |
| 50. | | | | | Sold (part) | 04/24/15 | J | | |
| 51. - Fidelity Floating Rate High Income | | | | | Sold (part) | 02/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 07/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/24/15 | J | | |
| 53. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 54.  - Spartan 500 Index Fd Adv | | | | | Buy (add'l) | 04/24/15 | J | | |
| 55. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 56.  - Spartan Extended Mkt Index Fid Adv CL | | | | | Sold (part) | 02/13/15 | J | | |
| 57. | | | | | Sold (part) | 04/24/15 | J | | |
| 58.  - Fidelity Large Cap Value Enhanced Index | | | | | Buy (add'l) | 04/24/15 | J | | |
| 59. | | | | | Sold (part) | 06/23/15 | J | | |
| 60. | | | | | Sold (part) | 08/25/15 | J | | |
| 61. | | | | | Sold (part) | 12/17/15 | K | | |
| 62.  - Matthews Asian Growth & Income Fund | | | | | Buy (add'l) | 02/13/15 | J | | |
| 63. | | | | | Sold (part) | 04/24/15 | K | | |
| 64. | | | | | Sold | 06/23/15 | K | | |
| 65.  - Fidelity High Income | | | | | Sold (part) | 02/13/15 | J | | |
| 66. | | | | | Sold (part) | 08/25/15 | J | | |
| 67. | | | | | Sold | 12/17/15 | L | | |
| 68.  - Metropolitan West Low Duration M | | | | | Sold | 02/13/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 07/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - PIMCO Foreign Bond CL D | | | | | Sold (part) | 06/23/15 | J | | |
| 70. | | | | | Sold (part) | 08/25/15 | J | | |
| 71.   - Fidelity Strategic Income | | | | | Sold (part) | 08/25/15 | J | | |
| 72.   - Fidelity Real Estate Income | | | | | Buy (add'l) | 04/24/15 | J | | |
| 73.   - Fidelity Select Health Care | | | | | Buy (add'l) | 02/13/15 | J | | |
| 74. | | | | | Sold (part) | 12/17/15 | K | | |
| 75.   - American Beacon Brdgway Large Cap Value Invst | | | | | Buy | 12/17/15 | L | | |
| 76.   - Fidelity Capital & Income | | | | | Buy | 12/17/15 | L | | |
| 77.   - Fidelity GNMA | | | | | Buy | 02/13/15 | L | | |
| 78. | | | | | Sold (part) | 04/24/15 | J | | |
| 79. | | | | | Buy (add'l) | 12/17/15 | K | | |
| 80.   - Spartan Mid Cap Index Fid Adv CL | | | | | Buy | 02/13/15 | L | | |
| 81. | | | | | Buy (add'l) | 04/24/15 | J | | |
| 82. | | | | | Sold (part) | 12/17/15 | J | | |
| 83.   - FMI International | | | | | Buy | 04/24/15 | K | | |
| 84.   - Janus Global Technology T | | | | | Buy | 12/17/15 | K | | |
| 85.   - Matthews Asia Dividend Inv | | | | | Buy | 06/23/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 07/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 08/25/15 | K | | |
| 87.  - Matthews India | | | | | Buy | 08/25/15 | K | | |
| 88.  - Fidelity Government Cash Reserves | | | | | | | | | |
| 89. | | | | | | | | | |
| 90.  Prudential Fixed-Rate Annuity (Inherited) | A | Interest | K | T | Distributed (part) | 12/31/15 | K | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 07/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mae A. D'Agostino**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544